**DISMISS and Opinion Filed May 4, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00196-CV**

**RUTH TORRES, Appellant**
**V.**
**TEXAS WORKFORCE COMMISSION, MARIE DIAZ,**
**PURSUIT OF EXCELLENCE, INC.,**
**PURSUIT OF EXCELLENCE–TEXAS, LLC, AND**
**PURSUIT OF EXCELLENCE I, LLC, Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-08581**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Garcia
Opinion by Justice Molberg

In her notice of appeal, appellant lists twenty-two orders of which she intends to address in the appeal. Because none of the orders listed is a final judgment or appear to be appealable interlocutory orders, we questioned our jurisdiction over the appeal. *See Lehmann v. Har–Con Corp.,* 39 S.W.3d 191, 195 (Tex. 2001) (appellate courts generally have jurisdiction only over final judgments that dispose of all parties and claims and interlocutory orders as allowed by statute); TEX. CIV. PRAC. & REM.

CODE ANN. § 51.014(a) (listing appealable interlocutory orders). We directed appellant to file a letter brief addressing the jurisdictional issue.

In response to our letter, appellant filed both a letter brief and a motion labeled "Relator's Motion for Classification as Writs of Mandamus, Prohibition & Injunction." We denied appellant's motion to reclassify the appeal with a notation that any original proceeding must be initiated with a petition that complies with the requirements set forth in rules of appellate procedure 52.1 and 52.3. *See* TEX. R. APP. P. 52.1, 52.3. In her letter brief, appellant does not dispute the absence of a final judgment or appealable interlocutory order. Rather, she asserts we have mandamus jurisdiction to review the orders. Appellant, however, has failed to comply with the requirements for filing an original proceeding and we have already informed her that we will not "reclassify" her appeal.

Because the orders referenced in the notice of appeal are not reviewable by ordinary appeal, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

/Ken Molberg//

220196f.p05                    KEN MOLBERG
                               JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

RUTH TORRES, Appellant

No. 05-22-00196-CV      V.

TEXAS WORKFORCE
COMMISSION, MARIE DIAZ,
PURSUIT OF EXCELLENCE, INC.,
PURSUIT OF EXCELLENCE–
TEXAS, LLC, PURSUIT OF
EXCELLENCE I, LLC, Appellees

On Appeal from the 101st Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-17-08581.
Opinion delivered by Justice
Molberg. Justices Reichek and
Garcia participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 4th day of May, 2022.